Case 04-72917   Doc 86   Filed 03/25/08   Entered 03/25/08 13:58:44   Desc Main
             Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  BARBARA A. TYRRELL                                    Case Number: 04-72917
        932 SOUTH FIFTH STREET          SSN-xxx-xx-9206
        DEKALB, IL  60115-4513

                                                    Case filed on:      6/3/2004
                                                    Plan Confirmed on:  2/18/2005

                         P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $9,859.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY JEFFREY M KRASNER | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BARBARA A. TYRRELL | 0.00 | 0.00 | 53.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 53.00 | 0.00 |
| 001 | ILLINOIS COMMUNITY CREDIT UNION | 24,458.56 | 0.00 | 0.00 | 0.00 |
| 012 | GENERAL MOTORS ACCEPTANCE CORP | 22,539.79 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 46,998.35 | 0.00 | 0.00 | 0.00 |
| 002 | THE NATIONAL BANK & TRUST CO SYCAMORE | 14,000.00 | 0.00 | 0.00 | 0.00 |
| 003 | BECKET & LEE, LLP | 1,250.74 | 1,250.74 | 312.50 | 0.00 |
| 004 | ROUNDUP FUNDING LLC | 1,478.70 | 1,478.70 | 369.45 | 0.00 |
| 005 | CAPITAL ONE | 8,537.28 | 8,537.28 | 2,133.04 | 0.00 |
| 008 | GM CARD - CARDMEMBER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | RESURGENT CAPITAL SERVICES | 1,488.83 | 1,488.83 | 371.99 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 12,330.80 | 12,330.80 | 3,080.85 | 0.00 |
| 011 | ROUNDUP FUNDING LLC | 2,087.81 | 2,087.81 | 521.63 | 0.00 |
| 013 | DIANE TYRELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | JEFFREY TYRELL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 41,174.16 | 27,174.16 | 6,789.46 | 0.00 |
|  | Grand Total: | 90,536.51 | 29,538.16 | 9,206.46 | 0.00 |

Total Paid Claimant:    $9,206.46
Trustee Allowance:      $652.54          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   24.98          discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 03/26/2008           By  /s/Heather M. Fagan